JOHN C. RUST, Respondent, *v.* CHARLES HAUSELT, Impleaded, etc., Appellant.

(Argued January 22, 1879 ; decided March 18, 1879.)

*Lewis Sanders* for appellant.

*John H. Bergen* for respondent.

FOLGER, RAPPALO, MILLER, and EARL, JJ., agree to affirm order and for judgment absolute against defendant, without opinion ; ANDREWS and DANFORTH, JJ., dissenting, the latter reading opinion for refusal ; CHURCH, Ch. J., does not vote.

Judgment accordingly.